**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

DIANA KOLEV,

        *Plaintiff-Appellant,*

    v.

EUROMOTORS WEST/THE AUTO
GALLERY; MOTORCARS WEST LLC;
H M GRAY FAMILY II INC; GRAY
FAMILY II LLC; BENNETT
AUTOMOTIVE I INC; BENNETT
AUTOMOTIVE II INC,

        *Defendants-Appellees,*

    and

PORSCHE CARS NORTH AMERICA,
INC.,

        *Defendant.*

No. 09-55963

D.C. No.
8:07-cv-01171-
AG-AN
Central District of
California,
Santa Ana

ORDER

Filed April 11, 2012

Before: Dorothy W. Nelson, Stephen Reinhardt, and
N. Randy Smith, Circuit Judges.

---

## ORDER

The Opinion filed September 20, 2011, and appearing at
658 F.3d 1024 (9th Cir. 2011), is withdrawn. *Carver v. Leh-
man*, 558 F.3d 869 878-79 (9th Cir. 2009) (a panel may with-
draw an opinion sua sponte before the mandate issues). It may
not be cited as precedent by or to this court or any district
court of the Ninth Circuit. With the opinion withdrawn, the
Defendants-Appellees' petition for rehearing en banc and the
Plaintiff-Appellant's petition for rehearing are moot. The par-

ties may file a petition for rehearing and petition for rehearing en banc upon the filing of a new decision by the court.

Additionally, submission of this case is vacated pending the issuance of a decision by the California Supreme Court in *Sanchez v. Valencia Holding Co. LLC*, No. S199119.